**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 706 MAL 2016
:
Respondent  :
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
v.  :
:
:
:
DEREL BRITTON,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.